IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELVEN JOE SWISHER and<br>WALTER O. LINDSEY,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>K. E. COLLINS, et al,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>) Case No. CV06-338-S-EJL<br>)<br>) ORDER ADOPTING REPORT<br>) AND RECOMMENDATION<br>)<br>)<br>)<br>) |

　　　　On March 19, 2007, United States Magistrate Judge Larry M. Boyle issued a Report and Recommendation (Docket No. 104) recommending the District Court enter an order denying Plaintiffs' Ex Parte (Expedited) Motion for a Temporary Order Prohibiting Defendants from Continued and Needless Harassment of Plaintiffs.

　　　　Pursuant to 28 U.S.C. § 636(b)(1), the parties had ten (10) days in which to file written objections to the Report and Recommendation, however neither party has objected to the recommendation made by Judge Boyle. Exercising de novo review of the matter, this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the magistrate judge. Id.

　　　　Because this Court finds the Report and Recommendation of Judge Boyle to be well founded in law and supported by the record, the Court hereby accepts in their entirety, and adopts as its own, the findings made by Judge Boyle. Acting on the recommendation of Judge Boyle, and this Court being fully advised in the premises,

　　　　**IT IS HEREBY ORDERED** that the Report and Recommendation (Docket No.104) by Judge Boyle should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

**IT IS FURTHER ORDERED** that Plaintiffs' Ex Parte (Expedited) Motion for a Temporary Order Prohibiting Defendants from Continued and Needless Harassment of Plaintiffs (Docket No. 70) be **DENIED**.

DATED: **March 21, 2007**

_____
Honorable Edward J. Lodge
U. S. District Judge