IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELVEN JOE SWISHER and WALTER O. LINDSEY, | Case No. CIV 06-338-S-EJL |
| Plaintiffs, | **ORDER ADOPTING REPORT** |
| v. | **AND RECOMMENDATION** |
| K.E. COLLINS, MIKE MEADE, et al, | |
| Defendants. | |

On September 6, 2007, United States Magistrate Judge Larry M. Boyle issued a Report and Recommendation, recommending that Defendant Ben Keeley's motion to dismiss be granted.

Pursuant to 28 U.S.C. § 636(b)(1), the parties had ten (10) days in which to file written objections to the Report and Recommendation, however neither party has objected to the recommendation made by Judge Boyle. Exercising de novo review of the matter, this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the magistrate judge. Id.

Because this Court finds the Report and Recommendation of Judge Boyle to be well founded in law and supported by the record, the Court hereby accepts in their entirety, and adopts as its own, the findings made by Judge Boyle. Acting on the recommendation of Judge Boyle, and this Court being fully advised in the premises,

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

## ORDER

Acting on the recommendation of Magistrate Judge Boyle, and this Court being fully advised in the premises, **IT IS HEREBY ORDERED** that the Report and Recommendation entered on September 6, 2007, (Docket No. 134), should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

**THEREFORE, IT IS FURTHER ORDERED** that the Motion to Dismiss Ben Keeley as a Defendant (Docket No. 98) is **GRANTED**. All claims against Ben Keeley are dismissed in there entirety.

DATED: **September 25, 2007**

_____
Honorable Edward J. Lodge
U. S. District Judge