IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELVEN JOE SWISHER and WALTER O. LINDSEY,<br><br>            Plaintiffs,<br><br>vs.<br><br>K. E. COLLINS, et al.,<br><br>            Defendants. | **JUDGMENT**<br><br>Case No. CV 06-338-S-BLW |

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case is hereby dismissed with prejudice, with each side bearing its own costs and attorney's fees.  Additionally, this case is hereby ordered closed.

    DATED this 11th day of June, 2009.

                             BY THE COURT:

                             *Tena Campbell*
                             TENA CAMPBELL
                             District Court Judge